# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

DWAYNE MOSELEY, )
)
Plaintiff, )
)
v. ) Civil Action No. 2:05-cv-2126-MI/P
) MOTION GRANTED
SBC COMMUNICATIONS, INC., )
) JON PHIPPS McCALLA
) U.S. DISTRICT JUDGE
Defendant. )

Apr. 21, 2005
DATE

*This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-22-05*

## MOTION FOR ADMISSION, *PRO HAC VICE*, OF MARISIA PARRA-GAONA FOR DEFENDANT

COMES NOW Marisia Parra-Gaona (the "Applicant") counsel for SBC Communications Inc., located at One SBC Plaza, Suite 2900, 208 South Akard Street, Dallas, Texas 75202-4208, and respectfully moves the Court pursuant to Local Rule 83.1(b) of the Local Rules of the United States District Court for the Western District of Tennessee, to admit her to practice before this Court solely for the purpose of appearing as counsel for Defendant in the above-styled case and, in support of same, would show unto the Court as follows:

1. The following is a list of all courts in which Marisia Parra-Gaona is authorized to practice law:

    A. Texas Supreme Court;
    B. United States District Court for the Northern District of Texas;

1

31

      C.    United States District Court for the Western District of Texas;
      D.    United States District Court for the Southern District of Texas; and
      E.    United States District Court for the Eastern District of Texas.

Marisia Parra-Gaona is presently a member in good standing of the Bars of those courts listed above.

2. Pursuant to Local Rule 83.1(b)(1) of the Western District of Tennessee, Applicant certifies that: (1) she is a member in good standing of the Bars of the United States District Court for the Northern District of Texas and attaches hereto a Certificate of Good Standing issued by that Court (Exhibit "A") and, (2) that she has obtained, and is familiar with the local rules of this Court, including the Guidelines for Professional Courtesy and Conduct.

3. Jeffery A. Jarratt, of the Firm of Glankler Brown, PLLC, is an active member of the Tennessee Bar Association and resident of the State of Tennessee, whose address is stated below, and who has entered an appearance in this action, and is associated with Applicant as counsel for Defendant in this action, and is admitted to practice in the United States District Court for the Western District of Tennessee, Western Division.

4. Marisia Parra-Gaona has previously represented Defendant in this action in the United States District Court for the Northern District of Texas before Defendant's Motion to Transfer Venue to this Court was granted.

Respectfully submitted, this \_\_\_18th\_\_\_ day of April, 2005.

*[signature]*
Jeffery A. Jarratt    #12130
GLANKLER BROWN, PLLC
Suite 1700, One Commerce Sq.
Memphis, TN 38103
(901) 525-1322 – Telephone
(901) 525-2389 – Telecopier

*[signature]*
Marisia Parra-Gaona
Texas Bar No. 24013297
One SBC Plaza, Suite 2900
208 South Akard Street
Dallas, TX 75202
(214) 464-3643 – Telephone
(214) 464-2250 – Telecopier

COUNSEL FOR DEFENDANT

## CERTIFICATE OF CONSULTATION

This is to certify that the undersigned attorney conferred with Plaintiff who is not opposed to the foregoing motion.

*[signature]*
Marisia Parra-Gaona

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served via U.S. Mail, postage prepaid, to Dwayne Moseley, 2232 Colony Court, Dallas, Texas 75235 this __18th__ day of April, 2005.

_____

4

# Certificate of Good Standing

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF TEXAS**

I, **KAREN MITCHELL**, Clerk of the United States District Court, Northern District of Texas, DO HEREBY CERTIFY that **Marisia Parra-Gaona**, Bar **#24013297**, was duly admitted to practice in said Court on **June 25, 2001**, and is in good standing as a member of the bar of said Court.

Signed at Dallas, Texas on March 29, 2005.



KAREN MITCHELL, Clerk

BY: _____
Deputy Clerk

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:05-CV-02126 was distributed by fax, mail, or direct printing on April 22, 2005 to the parties listed.

---

Jeffery A. Jarratt
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Marisia Parra-Gaona
SBC COMMUNICATIONS INC.
One SBC Plaza
208 S. Akard St. Suite 2900
Dallas, TX 75202--420

Dwayne Moseley
2232 Colony Court
Dallas, TX 75235

Honorable Jon McCalla
US DISTRICT COURT