IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG -3 AM 8: 53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| DWAYNE MOSELEY,  )  <br> ) <br> Plaintiff,  ) <br> ) <br> v.  )  No. 05-2126 Ml/P <br> ) <br> SBC COMMUNICATIONS, INC.,  ) <br> ) <br> Defendant.  ) <br> ) | |

## ORDER OF DISMISSAL

Before the Court is the July 29, 2005, Agreed Motion to Dismiss With Prejudice filed by the Plaintiff, Dwayne Moseley, and Defendant, SBC Communications, Inc.

The parties having resolved their disputes and having agreed that this cause should be dismissed with prejudice, it is hereby ORDERED that this case be DISMISSED with prejudice. Each party shall bear its own costs.

ENTERED this 2 day of August, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-3-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:05-CV-02126 was distributed by fax, mail, or direct printing on August 3, 2005 to the parties listed.

---

Dwayne Moseley
2232 Colony Court
Dallas, TX 75235

Marisia Parra-Gaona
SBC COMMUNICATIONS INC.
One SBC Plaza
208 S. Akard St. Suite 2900
Dallas, TX 75202--420

Jeffery A. Jarratt
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT