FILED BY _____ D.C.

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

05 AUG -3 AM 8:53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

DWAYNE MOSELEY

**JUDGMENT IN A CIVIL CASE**

VS

SBC COMMUNICATIONS, INC.

CASE NO: 05-2126 Ml/P

Upon agreement by the parties:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Order of Dismissal filed August, 2, 2005, this case is DISMISSED with prejudice, with each party to bear its own costs.

APPROVED:

_____
JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

Aug 2, 2005
_____
Date

**THOMAS M. GOULD**
_____
Clerk of Court

_____
(By) / Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-3-05

36

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:05-CV-02126 was distributed by fax, mail, or direct printing on August 3, 2005 to the parties listed.

---

Jeffery A. Jarratt
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Marisia Parra-Gaona
SBC COMMUNICATIONS INC.
One SBC Plaza
208 S. Akard St. Suite 2900
Dallas, TX 75202--420

Dwayne Moseley
2232 Colony Court
Dallas, TX 75235

Honorable Jon McCalla
US DISTRICT COURT